# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    NO.: 2:04cr20359-M1

**JORDAN LUNAREZ RUIZ,**

    Defendant.

MOTION GRANTED

/s/ Jon P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Ap. 20, 2005
DATE

## MOTION TO WITHDRAW

COMES NOW Attorney, Craig V. Morton, counsel for Defendant, Jordan Lunarez Ruiz, and moves this Honorable Court to allow him to withdraw from further representation of Defendant in the above-styled cause of action. In support thereof, counsel would respectfully show as follows:

1) On or about August 23, 2004, said attorney was retained by the Defendant to represent him in this cause. Since that date, Defendant has absconded from the court. Defendant has not responded to Federal Express or Certified Return Receipt Requested Mail or in any way maintained any contact with his attorney. As such, Counsel cannot adequately and effectively represent the Defendant.

2) Based upon the untenable position Defendant has placed counsel, counsel is unable to continue representing Defendant. Defendant's own impossible lack of cooperation and flight has rendered adequate and effective representation.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-27-05

WHEREFORE, PREMISES CONSIDERED, counsel respectfully requests to be allowed to withdraw from any further representation of the Defendant in the above-styled case.

Respectfully submitted,

MORTON & GERMANY

By: *Craig V. Morton*
CRAIG V. MORTON (14969)
Attorney for Defendant
200 Jefferson, Suite 725
Memphis, Tennessee 38103
Telephone: (901) 522-0050

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via hand-delivery or by placing the same in the United States mail, postage pre-paid on this 19th Day of April, 2005.

*Craig V. Morton*
CRAIG V. MORTON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 158 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Matthew Ian John
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
1374 Madison Ave.
Memphis, TN 38104

Mark Bowman
LAW OFFICES OF GARY GREEN
40 North Pauline
Memphis, TN 38105

Frances Caldwell
WAGGONER LAW FIRM
1433 Poplar Ave.
Memphis, TN 38104

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT