IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Criminal No. 04-20359 Ml |
| ) | |
| JORDAN LUNAREZ RUIZ    ) | (90-Day Continuance) |
| ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

REPORT ON FUGITIVE STATUS AND RESETTING

As indicated by the signature of counsel for the United States, through its Assistant United States Attorney, this case remains an active case and there are continuing efforts to locate the above-referenced fugitive defendant(s). A follow-up report on efforts to bring the above-referenced fugitive defendant(s) before the Court will be made on <u>Friday, September 23, 2005, at 10:30 a.m.</u>

SO ORDERED this 24th day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-27-05

(166)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 166 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Mark Bowman
LAW OFFICES OF GARY GREEN
40 North Pauline
Memphis, TN 38105

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Matthew Ian John
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT