IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP 23 PM 4:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 04-20359 Ml |
| JORDAN LUNAREZ RUIZ | ) (180-Day Continuance) |
| Defendant(s). | ) |

REPORT ON FUGITIVE STATUS AND RESETTING

As indicated by the signature of counsel for the United States, through its Assistant United States Attorney, this case remains an active case and there are continuing efforts to locate the above-referenced fugitive defendant(s). A follow-up report on efforts to bring the above-referenced fugitive defendant(s) before the Court will be made on Friday, March 24, 2006, at 10:30 a.m.

SO ORDERED this 23rd day of September, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-27-05

203

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 203 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT